**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2159**

CHRISTOPHER DOLIN,

        Plaintiff - Appellant,

    v.

JORDAN KINDRED, Officer, Riverside Regional Jail Authority,

        Defendant - Appellee,

    and

KAREN CRAIG, Acting Superintendent, Riverside Regional Jail Authority; JEFFERY NEWTON, Colonel, Retired Superintendent, Riverside Regional Jail Authority; WALTER MINTON, Major, Deputy Superintendent, Riverside Regional Jail Authority,

        Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:19-cv-00046-FL)

Submitted:  January 23, 2020                Decided:  January 27, 2020

Before WYNN, DIAZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Dolin, Appellant Pro Se. Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Dolin appeals the district court's order dismissing his civil action for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) and for failure to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dolin v. Kindred*, No. 4:19-cv-00046-FL (E.D.N.C., Oct. 9, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*